# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari, *Petitioners*, v. William Francis, *Respondent*. | Case No. 1:25-cv-3127<br><br>Underlying Litigation:<br>*Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas |

### DANIEL FERRARI AND CHARLENE FERRARI'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 45(d)(3)(A) and 26(c)(1), Daniel Ferrari and Charlene Ferrari ("Movants"), through their attorneys, respectfully move to quash the Subpoenas to Testify at a Deposition in a Civil Action issued to Daniel Ferrari and Charlene Ferrari by William Francis in the case, *Adam Ferrari v. William Francis*, No. 3:23-cv-00455-S, pending in the United States District Court for the Northern District of Texas (the "Subpoenas"); for a protective order precluding the depositions demanded by the Subpoenas; and for other and further relief as the Court deems just and proper. In support of this Motion, Movants rely on the arguments and authorities set forth in their March 24, 2024 Memorandum of Law in Support of their Motion to Quash Subpoenas and for Protective Order, and the declarations and exhibits attached thereto, which are being filed concurrently herewith.

WHEREFORE, Movants Daniel Ferrari and Charlene Ferrari respectfully request that the Court grant their Motion to Quash Subpoenas and for Protective Order.

Dated:  March 24, 2025  /s/ Ross M. Good
*Ross M. Good*
THE GOOD LAW GROUP
800 E Northwest Hwy

1

        Suite 814
        Palatine, IL 60074
        847-600-9576
        Email: ross@thegoodlawgroup.com

*Attorney for Movants Daniel Ferrari and Charlene Ferrari*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 26(c)(1), I hereby certify that on March 7, 13, and 23, 2025, I and co-counsel for the moving parties conferred by email with attorneys at Brown Fox PLLC, counsel for William Francis, in a good faith effort to resolve the issues raised by this motion. The parties were unable to resolve the issues raised in this motion.

Dated: March 24, 2025        /s/ Ross M. Good
                                          *Ross M. Good*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Daniel Ferrari and Charlene Ferrari's Motion to Quash Subpoenas and for Protective Order was served on the below counsel on March 24, 2025 via the Court's electronic filing system.

    Charlene Cantrell Koonce
    Paulette Miniter
    Cort Thomas
    Andrew Debter
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX 75225
    214-327-5000
    214-327-5001 (fax)
    Email: charlene@brownfoxlaw.com
    Email: paulette@brownfoxlaw.com
    Email: cort@brownfoxlaw.com
    Email: andrew@brownfoxlaw.com

    *Attorneys for William Francis*

3

Dated:  March 24, 2025					/s/ Ross M. Good
							*Ross M. Good*