# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari,<br><br>*Petitioners*,<br><br>v.<br><br>William Francis,<br><br>*Respondent*. | Case No.<br><br><u>Underlying Litigation</u>:<br>   *Ferrari v. Francis*, Case No. 3:23-cv-<br>      00455-S, in the United States District<br>   Court for the Northern District of Texas |

**DECLARATION OF CHARLENE FERRARI IN SUPPORT OF MOTION TO QUASH
SUBPOENAS AND FOR PROTECTIVE ORDER**

      I, Charlene Ferrari, certify and affirm the following to be true under penalty of perjury as follows:

      1.     I am sixty-eight years old.

      2.     I am married to Daniel Ferrari. Adam Ferrari is my and Daniel's son.

      3.     In 2019, Daniel and I formed Phoenix Capital Energy Holdings LLC, a mineral acquisition company.

      4.     I am aware of a lawsuit between my son, Adam Ferrari, and William Francis. Neither I nor my husband have received any subpoena or request addressed to us, personally, to produce documents in that case.

      5.     In early October 2016, days after he received an influenza vaccine, my husband began complaining that he did not have an appetite and that he felt lethargic.

      6.     On October 29, 2016, Daniel came home from work and told me he was experiencing chest pains that went down his left arm and, shortly after, went down his right arm. I immediately drove him to the emergency room, where he was admitted for observation and further testing.

1

7. The next day, Daniel awoke paralyzed. He was transferred to the ICU, as doctors were concerned the level of paralysis was high enough to prevent normal breathing. I went to the hospital as soon as I learned about this.

8. Daniel suffered from transverse myelitis, which is basically inflammation of his spinal cord.

9. As a result, Daniel became, and remains, quadriplegic.

10. I am Daniel's primary, and often sole, caretaker.

11. Daniel requires extensive care.

12. His morning care routine takes approximately three hours. Consequently, neither he nor I can schedule or attend early morning appointments.

13. Daniel's nighttime care is also extensive, so he and I both must be home early in the evening to begin his routine.

14. My and Daniel's days revolve around his care, doctor's appointments, and therapy appointments.

15. Daniel and I have difficulty travelling, as Daniel's wheelchair requires special accommodating vehicles. We generally only leave home to attend doctors' appointments and visit our daughter's home. All of these locations are nearby, and all are equipped to care for Daniel should he experience a medical emergency. Traveling longer distances, and being away from locations that could accommodate a medical emergency, causes both me and Daniel extreme stress.

16. Throughout the day, I must implement a straight catheter for Daniel at least every three to four hours.

17. Daniel's paralysis causes many other health concerns, each of which are exacerbated by stress. His condition also puts him at a high risk for complications and infections.

18. For instance, due to his paralysis, Daniel suffers from autotomic dysflexia, which is a potentially life-threatening medical condition that causes an overreaction of the autonomic nervous system. Stressful triggers can cause stroke, heart attack, and seizures in people who suffer from autotomic dysflexia.

19. When Daniel's bladder is full, he experiences severe headaches and drops in blood pressure.

20. He also suffers from a spastic bladder and is prone to urinary tract infections, which are a near-constant problem. He has been hospitalized numerous times for urinary tract infections; he once became septic as a result of a urinary tract infection and required care in the ICU.

21. Given his condition, requiring Daniel to sit hours for an event like a deposition would be extremely detrimental to his health. In fact, it would be dangerous.

22. Because I am Daniel's primary caretaker, I could not be deposed without Daniel being present.

23. Recently, I have suffered my own medical difficulties. I am experiencing severe, sharp neck pains. I am consulting specialists regarding this pain, some of which have suggested spinal surgery may be required. While I continue to seek recommendations, I expect I may need to undergo surgery within the next month to try to resolve these debilitating pains.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2025.

Dated: March 24, 2025        /s/ Charlene Ferrari_____[1]
                             Charlene Ferrari

---

[1] Due to her infirmity Ms. Ferrari signed and photographed the signature page of the Declaration after reviewing and confirming its contents; that signature is provided in the last page of this Declaration.

perjury that the foregoing is true and correct. Executed on March 24, 2025.

Dated: _Charlene Ferrari_  3/24/25

Charlene Ferrari

1