# EXHIBIT E

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari,<br><br>     Petitioners,<br><br>v.<br><br>William Francis,<br><br>     Respondent. | Case No.<br><br><u>Underlying Litigation</u>:<br>*Ferrari v. Francis*, Case No. 3:23-cv-004<br>in the United States District Court for the<br>Northern District of Texas |

### DECLARATION OF ROSS GOOD IN SUPPORT OF MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

I, Ross Good, certify and affirm the following to be true under penalty of perjury as follows:

1.      I am an attorney admitted to practice in the State of Illinois.

2.      I am a partner at the law firm The Good Law Group, which represents Daniel and Charlene Ferrari in the above-captioned ancillary proceeding.  As Movants' counsel, I have personal knowledge of the underlying proceedings and documents at issue in this Motion.

3.      Attached as Exhibit E-1 is a true and correct copy of email correspondence between David Sillers, an attorney at Clare Locke LLP, who is co-counsel for Movants, and counsel for William Francis regarding: William Francis's intent to subpoena Charlene and Daniel Ferrari, Movants' objections to holding such a deposition, and Movants' intent to file a protective order if Francis issued subpoenas to them.

4.      On March 23, 2025, David Sillers again notified William Francis's counsel, through email on which I was copied, that Mr. and Mrs. Ferrari would be filing a Motion to Quash and for Protective Order if the Subpoenas issued to them were not withdrawn, and other forms of discovery were not exhausted.

1

5.      Pursuant to Federal Rule of Civil Procedure 26(c), counsel for Movants repeatedly conferred with counsel for William Francis in good faith to attempt to resolve the issues presented in this this Motion to Quash and for Protective Order.  We were unable to reach an agreement regarding the Subpoenas for Movants' depositions.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2025.

Dated:  March 24, 2025                    /s/ Ross M. Good_____
                                          *Ross Good*

# EXHIBIT E-1

**Monday, March 24, 2025 at 11:27:37 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and Deposition Notices |
| **Date:** | Thursday, March 13, 2025 at 2:31:47 PM Eastern Daylight Time |
| **From:** | David Sillers |
| **To:** | Cort Thomas, Warren G. Bianchi, Charlene Koonce, Andrew Debter, Paulette Miniter, Farwa Zahra, Kimberley O'Rourke, Shannon Latham, Michael Baum |
| **CC:** | Tom Clare, Joe Oliveri, Camilla Hundley, Ross Good, Nick Settles, Travis E. DeArman, jcrewse@crewselawfirm.com, Page McKinstry |
| **Attachments:** | image001.png |

Cort, we will accept service, but as we mentioned previously we will be seeking a protective order and they will not sit until ordered by the Court to do so.

We are very disappointed that you have chosen this route especially given the alternatives we provided you. Your last email did not substantively engage with those alternatives at all, and therefore we can reach no conclusion other than this is an attempt to burden and harass Mr. Ferrari and his elderly parents.

Best,

DYS

David Sillers | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884 – direct

david@clarelocke.com | www.clarelocke.com
Admitted to practice in New York and Texas; not admitted in Virginia

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged. The information is intended exclusively for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** Cort Thomas <cort@brownfoxlaw.com>
**Sent:** Thursday, March 13, 2025 1:27 PM
**To:** David Sillers <david@clarelocke.com>; Warren G. Bianchi <warren@clarelocke.com>; Charlene Koonce <charlene@brownfoxlaw.com>; Andrew Debter <andrew@brownfoxlaw.com>; Paulette Miniter <paulette@brownfoxlaw.com>; Farwa Zahra <farwa@brownfoxlaw.com>; Kimberley O'Rourke <korourke@brownfoxlaw.com>; Shannon Latham <shannon@brownfoxlaw.com>; Michael Baum <MBaum@brownfoxlaw.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Camilla Hundley <camilla@clarelocke.com>; Ross Good <ross@thegoodlawgroup.com>; Nick Settles

<[nick@thegoodlawgroup.com](mailto:nick@thegoodlawgroup.com)>; Travis E. DeArman <[tdearman@McKoolSmith.com](mailto:tdearman@McKoolSmith.com)>;
[jcrewse@crewselawfirm.com](mailto:jcrewse@crewselawfirm.com); Page McKinstry <[page@clarelocke.com](mailto:page@clarelocke.com)>
**Subject:** RE: Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and
Deposition Notices

David,

With the impending discovery deadline (April 7), we need to go ahead and get the subpoenas
served on Daniel and Charlene. We will be sending notices later today. Please let us know if you
will accept service, otherwise we can get a process server to go out tomorrow or Friday.

We are going to go ahead and tentatively notice Chris Masone for April 7 in Dallas. If that date
doesn't work for y'all or the witness, we will of course coordinate a mutually agreeable time.

I have not yet been able to connect with Brett Hairston but will report back with potential dates.

Cort



**Cort Thomas**

**Direct** 214.367.6094
**Main** 214.327.5000

---

**From:** Cort Thomas
**Sent:** Tuesday, March 11, 2025 10:44 PM
**To:** David Sillers <[david@clarelocke.com](mailto:david@clarelocke.com)>; Warren G. Bianchi <[warren@clarelocke.com](mailto:warren@clarelocke.com)>; Charlene
Koonce <[charlene@brownfoxlaw.com](mailto:charlene@brownfoxlaw.com)>; Andrew Debter <[andrew@brownfoxlaw.com](mailto:andrew@brownfoxlaw.com)>; Paulette Miniter
<[paulette@brownfoxlaw.com](mailto:paulette@brownfoxlaw.com)>; Farwa Zahra <[farwa@brownfoxlaw.com](mailto:farwa@brownfoxlaw.com)>; Kimberley O'Rourke
<[korourke@brownfoxlaw.com](mailto:korourke@brownfoxlaw.com)>; Shannon Latham <[Shannon@brownfoxlaw.com](mailto:Shannon@brownfoxlaw.com)>; Michael Baum
<[MBaum@brownfoxlaw.com](mailto:MBaum@brownfoxlaw.com)>
**Cc:** Tom Clare <[tom@clarelocke.com](mailto:tom@clarelocke.com)>; Joe Oliveri <[joe@clarelocke.com](mailto:joe@clarelocke.com)>; Camilla Hundley
<[camilla@clarelocke.com](mailto:camilla@clarelocke.com)>; Ross Good <[ross@thegoodlawgroup.com](mailto:ross@thegoodlawgroup.com)>; Nick Settles
<[nick@thegoodlawgroup.com](mailto:nick@thegoodlawgroup.com)>; Travis E. DeArman <[tdearman@McKoolSmith.com](mailto:tdearman@McKoolSmith.com)>;
[jcrewse@crewselawfirm.com](mailto:jcrewse@crewselawfirm.com); Page McKinstry <[page@clarelocke.com](mailto:page@clarelocke.com)>
**Subject:** RE: Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and
Deposition Notices

Good evening, David.

As to the Francis/Incline and Ferrari/Phoenix/LOJ/Ferrari Energy depositions, let's go ahead and
notice these for April 1, 2, 3, 4 in Dallas (happy to host all at our office), with the caveat that we are
just now completing our review of the re-produced DocuSign and Dalmore productions and do have
some issues that need to be addressed before prepping Mr. Francis. I will get you more information
on that front in the very near future.

As to Mr. and Mrs. Ferrari, I assure you that the only purpose of any deposition we've requested or will take is to defend the claims asserted by Mr. Ferrari. In that regard, although we will of course seek to minimize any burden on Daniel and Charlene Ferrari, they are unfortunately key witnesses. As you know, they feature prominently in Phoenix's governing documents, its purported control, capitalization and indeed, in public information through which Mr. Ferrari, Phoenix or both apparently seek to perpetuate the myth of Daniel and Charlene's involvement and control as a means to conceal Adam's involvement and control. Both have knowledge about their respective roles and involvement (or lack thereof) that cannot be addressed by any other person. That information includes is but not limited to their actual involvement in managing or governing Phoenix; authority delegated by them, formally or informally to Adam; why Adam received 100% of the "economic benefits" of LJC (which owns the majority interest in Phoenix) although Daniel & Charlene, at least on paper, are the sole owners of LJC; facts related to their decisions about Adam's initial role with Phoenix and concealment of his role.

Because they are central to the factual allegations asserted by Adam as well as our defense, and because they are also notably outside of subpoena range for trial, we must depose them. We had planned on noticing the depositions for Chicago on 3/26. Please let us know if they are unable to travel to Chicago, however, and we will make alternate arrangements. If leaving his home is difficult for Mr. Ferrari and the home would accommodate a video deposition, we could notice the depositions for the Ferraris' home. We have no interest in making this more difficult for them than it needs to be, but at the same time I am hopeful you can appreciate why they are necessary witnesses. Can you at least agree to accept service on their behalf (with the understanding that such acceptance of service does not prohibit you from seeking a protective order)?

We are working on potential Massone dates and will report back. Yes, I represent Mr. Hairston and am working on dates.

Cort



**Cort Thomas**
**Direct** 214.367.6094
**Main** 214.327.5000

---

**From:** David Sillers <david@clarelocke.com>
**Sent:** Friday, March 7, 2025 4:01 PM
**To:** Cort Thomas <cort@brownfoxlaw.com>; Warren G. Bianchi <warren@clarelocke.com>; Charlene Koonce <charlene@brownfoxlaw.com>; Andrew Debter <andrew@brownfoxlaw.com>; Paulette Miniter <paulette@brownfoxlaw.com>; Farwa Zahra <farwa@brownfoxlaw.com>; Kimberley O'Rourke <korourke@brownfoxlaw.com>; Shannon Latham <shannon@brownfoxlaw.com>; Michael Baum <MBaum@brownfoxlaw.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Camilla Hundley <camilla@clarelocke.com>; Ross Good <ross@thegoodlawgroup.com>; Nick Settles <nick@thegoodlawgroup.com>; Travis E. DeArman <tdearman@McKoolSmith.com>;

jcrewse@crewselawfirm.com; Page McKinstry <page@clarelocke.com>

**Subject:** RE: Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and Deposition Notices

[EXTERNAL EMAIL] Do not open links or attachments if you cannot verify the sender.

Dear Cort,

Thank you for your email.  Responding to the issues below with one of my own:

**Mr. Francis's Deposition / Mr. Ferrari's Deposition**

Thank you for providing dates for Mr. Francis's deposition.  If Mr. Francis will sit April 1-2 Mr. Ferrari could sit April 3-4, although it would likely be more convenient for all for him to sit April 7-8 given the travel required.  As you referenced we are amenable for selected extension for the convenience of the parties and counsel.  Please hold Mr. Francis for April 1-2.

To the extent you would want to depose LoJ and Ferrari Energy, Mr. Ferrari will be the designee.  We can do that in the same trip as his and Phoenix's depositions.

**Mr. Ferrari's Parents**

We are surprised by your request to set depositions for Mr. Ferrari's parents, Daniel and Charlene Ferrari.  As you are aware, Mr. Ferrari is paralyzed, and Mrs. Ferrari is his primary caretaker.  Both are more than 70 years old and Daniel Ferrari is closer to 80.  Sitting together for two consecutive depositions—however "brief"—would be incredibly burdensome for them both.

And unnecessarily so.  Based on your previous filings in Texas state court, we expect your position to be that Mr. and Mrs. Ferrari may have some knowledge regarding whether Adam Ferrari served as CEO of Phoenix or functionally acted as the CEO.  Without conceding the relevance of Mr. Ferrari's parents, numerous sitting executives of Phoenix Capital have far superior knowledge regarding that issue, including its COO Lindsay Wilson (who has held that role since the company was founded) or its CFO Curtis Allen (who has held that role since the company was founded).  But you have not even requested depositions from any Phoenix employee except for Mr. Ferrari himself.  In fact, Mr. Francis discussed these individuals as particularly close to Mr. Ferrari in the very emails that form the core of this dispute.  In addition, Mr. and Mrs. Ferrari's only link to Phoenix is their investment in the company.  Beyond that investment, they have virtually no relevance to or knowledge regarding the claims in this case.

Instead of an attempt to prove your defenses in this case, it appears that your client has sought the depositions of Mr. Ferrari's parents to burden and/or harass them and Mr. Ferrari.  We hope you will reconsider and first seek the depositions of Phoenix employees who are far better suited to determining the information you seek.  Afterwards, to the extent you think the Ferraris have unique knowledge, we can discuss.  To the extent that you are determined to depose Mr. Ferrari's parents, we will seek a protective order.

**Chris Massone Depo**

We do not represent Mr. Massone, so please provide dates that you would want to depose him.

**Brett Hairston Depo**

We would like to depose Brett Hariston—do you represent him? If so, please let us know some dates that work for his deposition.

Thanks very much,

DYS

Best,

DYS

David Sillers | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884 – direct

david@clarelocke.com | www.clarelocke.com
Admitted to practice in New York and Texas; not admitted in Virginia

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged. The information is intended exclusively for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** Cort Thomas <cort@brownfoxlaw.com>
**Sent:** Monday, March 3, 2025 5:49 PM
**To:** Warren G. Bianchi <warren@clarelocke.com>; Charlene Koonce <charlene@brownfoxlaw.com>; Andrew Debter <andrew@brownfoxlaw.com>; Paulette Miniter <paulette@brownfoxlaw.com>; Farwa Zahra <farwa@brownfoxlaw.com>; Kimberley O'Rourke <korourke@brownfoxlaw.com>; Shannon Latham <shannon@brownfoxlaw.com>; Michael Baum <MBaum@brownfoxlaw.com>
**Cc:** Tom Clare <tom@clarelocke.com>; David Sillers <david@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Camilla Hundley <camilla@clarelocke.com>; Ross Good <ross@thegoodlawgroup.com>; Nick Settles <nick@thegoodlawgroup.com>; Travis E. DeArman <tdearman@McKoolSmith.com>; jcrewse@crewselawfirm.com; Page McKinstry <page@clarelocke.com>
**Subject:** RE: Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and Deposition Notices

David/Warren,

We are in receipt of Friday afternoon's letter and production. We are still analyzing the de-designated documents, but assuming the production mollifies the AEO concerns (I have no reason to suspect it doesn't), I wanted to respond to the request regarding Mr. Francis's deposition and also discuss a couple of other deposition questions/issues. We can discuss more tomorrow during breaks of Mr. Louis's deposition, but here are quick notes on deposition scheduling:

1. William is not available on March 24 and March 27. However, he is available April 1 – April 4, provided that we are also able to Adam Ferrari and Phoenix's deposition on two of those dates. If that week does not work, we can talk about extending the discovery deadline for the limited purpose of taking these four depositions.

2. We will also want to take short depositions of Lion of Judah and Ferrari Energy. We can do those the same day(s) of Mr. Ferrari and/or Phoenix's deposition, depending on the designees.

3. We have March 26 set aside for Petram's deposition in Chicago. That deposition will be very short. We would also like to take the depositions of Daniel Ferrari and Charlene Ferrari. These two will also be very short depositions. We would propose taking them on March 26 as well. Can you please let us know (a) if you are authorized to accept service on Mr. and Mrs. Ferrari's behalf and (b) if you have any issues with handling all three short depositions in one trip on March 26 ?

4. Finally, we also would like to take the deposition of Chris Massone, who I believe resides in Dallas. We previously sent a document subpoena to Mr. Massone, and Latham appeared, stating that they represent him. Happy to work with you on dates for this one, but as an initial matter I wanted to confirm that y'all are representing him as well.


Best,

Cort




**Cort Thomas**
Direct   214.367.6094
Main    214.327.5000

---

**From:** Warren G. Bianchi <warren@clarelocke.com>
**Sent:** Friday, February 28, 2025 12:58 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Cort Thomas <cort@brownfoxlaw.com>; Andrew Debter <andrew@brownfoxlaw.com>; Paulette Miniter <paulette@brownfoxlaw.com>; Farwa Zahra <farwa@brownfoxlaw.com>; Kimberley O'Rourke <korourke@brownfoxlaw.com>; Shannon Latham <shannon@brownfoxlaw.com>; Michael Baum <MBaum@brownfoxlaw.com>
**Cc:** Tom Clare <tom@clarelocke.com>; David Sillers <david@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Camilla Hundley <camilla@clarelocke.com>; Ross Good <ross@thegoodlawgroup.com>; Nick Settles <nick@thegoodlawgroup.com>; Travis E. DeArman

<tdearman@McKoolSmith.com>; jcrewse@crewselawfirm.com; Page McKinstry <page@clarelocke.com>
**Subject:** Adam Ferrari v. William Francis, No. 3:23-cv-00455-S: AEO Document Reproduction and Deposition Notices

**[EXTERNAL EMAIL]** Do not open links or attachments if you cannot verify the sender.

# Redacted

Warren G. Bianchi | Associate
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7406 – direct
warren@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.