# EXHIBIT F

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari,<br><br>*Petitioners*,<br><br>v.<br><br>William Francis,<br><br>*Respondent*. | Case No.<br><br>Underlying Litigation:<br>*Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas |

**DECLARATION OF LINDSEY WILSON IN SUPPORT OF MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER**

I, Lindsey Wilson, certify and affirm the following to be true under penalty of perjury as follows:

1. I am the Chief Business Officer of Phoenix Energy One, LLC (d/b/a Phoenix Energy), which was founded as Phoenix Capital Group Holdings, LLC. I have held that position since December 2024. Prior to that, I served as the Chief Operating Officer of the company since I helped to found the company in 2019.

2. Curtis Roger Allen, Phoenix's Chief Financial Officer, has held that executive position since February 2020.

3. As an executive of Phoenix Energy, I have knowledge of Phoenix Energy's day-to-day operations. Given the size of the company, I have deep, personal knowledge of company control, management, and directives at every employee and decision level. Because I have served as Chief Operating Officer and then as the Chief Business Officer since Phoenix Energy's inception, the temporal scope of my corporate knowledge spans the entire existence of Phoenix Energy.

1

4. As Chief Business Officer, I know Curtis Roger Allen is responsible for, and has personal knowledge of, all accounting and financial functions of the company, and its financial capitalization since he joined in 2020.

5. I am aware of litigation between Adam Ferrari and William Francis. I have not received a subpoena to appear for a deposition or personally produce documents from William Francis in that matter.

6. Nor has Phoenix Energy received a subpoena for a corporate representative to appear at a deposition in that matter.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2025.

Dated: March 24, 2025

Lindsey Wilson