**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Ferrari et al v. Francis

Case Number: 1:25-cv-3127

An appearance is hereby filed by the undersigned as attorney for:
Daniel Ferrari and Charlene Ferrari

Attorney name (type or print): Ross M. Good

Firm: The Good Law Group

Street address: 800 E. Northwest Hwy, Ste 814

City/State/Zip: Palatine, IL 60074

Bar ID Number: 6312917
(See item 3 in instructions)

Telephone Number: 847-600-9576

Email Address: Ross@thegoodlawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | X |
| Are you appearing *pro hac vice*? | | X |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 25, 2025

Attorney signature: S/ Ross M. Good
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023