UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari,<br><br>    *Petitioners*,<br><br>v.<br><br>William Francis,<br><br>    *Respondent*. | Case No. 1:25-cv-3127<br><br>Underlying Litigation:<br>*Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas |

**DANIEL FERRARI AND CHARLENE FERRARI'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 45(d)(3)(A) and 26(c)(1), Daniel Ferrari and Charlene Ferrari ("Movants"), through their attorneys, respectfully move to quash the Subpoenas to Testify at a Deposition in a Civil Action issued to Daniel Ferrari and Charlene Ferrari by William Francis in the case, *Adam Ferrari v. William Francis*, No. 3:23-cv-00455-S, pending in the United States District Court for the Northern District of Texas (the "Subpoenas"); for a protective order precluding the depositions demanded by the Subpoenas; and for other and further relief as the Court deems just and proper.  In support of this Motion, Movants rely on the arguments and authorities set forth in their March 24, 2025 Memorandum of Law in Support of their Motion to Quash Subpoenas and for Protective Order, and the declarations and exhibits attached thereto, which are being filed concurrently herewith.

WHEREFORE, Movants Daniel Ferrari and Charlene Ferrari respectfully request that the Court grant their Motion to Quash Subpoenas and for Protective Order.

Dated:  March 25, 2025    /s/ Ross M. Good
                                               *Ross M. Good*
                                               THE GOOD LAW GROUP
                                               800 E Northwest Hwy

Suite 814
Palatine, IL 60074
847-600-9576
Email: ross@thegoodlawgroup.com

*Attorney for Movants Daniel Ferrari and Charlene Ferrari*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 26(c)(1), I hereby certify that on March 7, 13, and 23, 2025, I and co-counsel for the moving parties conferred by email with attorneys at Brown Fox PLLC, counsel for William Francis, in a good faith effort to resolve the issues raised by this motion. The parties were unable to resolve the issues raised in this motion.

Dated:  March 25, 2025   /s/ Ross M. Good_____
*Ross M. Good*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Daniel Ferrari and Charlene Ferrari's Motion to Quash Subpoenas and for Protective Order was served on the below counsel on March 25, 2025 via the Court's electronic filing system.

Charlene Cantrell Koonce
Paulette Miniter
Cort Thomas
Andrew Debter
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
214-327-5000
214-327-5001 (fax)
Email: charlene@brownfoxlaw.com
Email: paulette@brownfoxlaw.com
Email: cort@brownfoxlaw.com
Email: andrew@brownfoxlaw.com

*Attorneys for William Francis*

3

Dated:  March 25, 2025                             /s/ Ross M. Good
                                                                                       *Ross M. Good*