## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Ferrari

                Plaintiff,

v.                                      Case No.: 1:25−cv−03127

                                         Honorable Lindsay C. Jenkins

William Francis

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: motion to quash Subpoenas and for Protective Order [1]. Mailed notice. (jlj, )

Dated: March 26, 2025

                                                                     /s/ Lindsay C. Jenkins

                                                               United States District Judge