# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Ferrari

                Plaintiff,

v.                                        Case No.: 1:25−cv−03127

                                                      Honorable Lindsay C. Jenkins

William Francis

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for ruling on petitioners' motion [1] to quash subpoenas and for protective order [6, 7]. Respondent's opposition due 04/16/2025. Petitioners' reply, if any, due 04/23/2025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.