# EXHIBIT A-1

# FULLY REDACTED