# EXHIBIT A-3

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "LION OF JUDAH CAPITAL, LLC", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF APRIL, A.D. 2019, AT 4:17 O'CLOCK P.M.



*Jeffrey W. Bullock, Secretary of State*

7388152 8100
SR# 20193093251

Authentication: 202697079
Date: 04-23-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:17 PM 04/23/2019
FILED 04:17 PM 04/23/2019
SR 20193093251 - File Number 7388152

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# LION OF JUDAH CAPITAL, LLC

This Certificate of Formation of LION OF JUDAH CAPITAL, LLC is being executed by the undersigned for the purpose of forming a limited liability company pursuant to Section 18-201 of the Delaware Limited Liability Company Act.

FIRST: The name of the limited liability company is:

Lion of Judah Capital, LLC

SECOND: It's registered agent in the State of Delaware is to be located at 251 Little Falls Drive, in the city of Wilmington, County of New Castle, 19808, and its registered agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 23rd day of April, 2019.

By: /S/ Brian Clymer

Authorized Person

Name: Brian Clymer