# EXHIBIT A-4

# FULLY REDACTED