# EXHIBIT A-5

**PHOENIX CAPTIAL GROUP HOLDINGS, LLC**
2601 Pacific Coast Highway, Floor 2
Hermosa Beach, CA 90254
November 1, 2021

Adam Ferrari
12855 Runway Road Apt 1525
Playa Vista, CA 90094

**Re: Consulting Agreement**

Dear Adam:

Phoenix Capital Group Holdings, LLC dba Phoenix Capital Group ("Phoenix") would like to retain your services as a Petroleum Engineering Consultant. The terms of this engagement are defined below.

Responsibilities

- Provide engineering support to the executive team at Phoenix.
- Perform engineering and financial evaluations on mineral and leasehold acreage as requested by the executive team at Phoenix.
- Advise the executive team at Phoenix with respect to drilling and completions techniques being utilized by current partners of Phoenix.

Compensation

- In exchange for the services outlined above Phoenix will provide a consulting fee of $24,000 per month so long as services are being rendered.

By signing this consulting agreement, Phoenix and Adam Ferrari are affirming the fees payable to Adam Ferrari for services rendered to Phoenix. This contract can be terminated at any time and for any reason at the sole discretion of Phoenix and no notice period is required. This agreement will be affirmed by the manager of Lion of Judah Capital, LLC and the manager of Phoenix.

Sincerely,

**Phoenix Capital Group Holdings, LLC**

By: _____

Name: Lindsey Wilson
Title: Manager


**Lion of Judah Capital, LLC**

By: Daniel Ferrari/cf, POA

Name: Daniel Ferrari
Title: Manager


By: Charlene Ferrari

Name: Charlene Ferrari
Title: Manager


Accepted by:

_____

Name: Adam Ferrari
Title: Petroleum Engineering Consultant

Address for Notice Purposes:

12855 Runway Road Apt 1525
Playa Vista, CA 90094

2