# EXHIBIT A-6

# FULLY REDACTED