# EXHIBIT A-7



# FULLY REDACTED