# EXHIBIT A-8

# FULLY REDACTED