# EXHIBIT A-9

EXHIBIT 1

CAUSE NO. DC-22-06350

| | | |
|---|---|---|
| **PHOENIX CAPITAL GROUP HOLDINGS, LLC,** | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| **WILLIAM FRANCIS and INCLINE ENERGY PARTNERS, L.P.,** | § § § | |
| *Defendants.* | § | 116TH JUDICIAL DISTRICT |

### AFFIDAVIT OF LINDSEY BRIANNE WILSON

| | | |
|---|---|---|
| STATE OF CALIFORNIA | § § | to-wit: |
| CITY OF IRVINE | § | |

BEFORE ME, the undersigned authority, on this day personally appeared LINDSEY BRIANNE WILSON, the Affiant, a person who identity is known to me. After I administered an oath to Affiant, Affiant testified as follows:

1. My name is Lindsey Brianne Wilson. I am over 18 years of age, of sound mind, and capable of making this Affidavit. I am the Managing Member and Chief Operating Officer of Phoenix Capital Group Holdings, LLC ("Phoenix"). In this position, I have personal knowledge of Phoenix's business and legal affairs as they relate to the above-referenced action currently pending in the District Court for Dallas County, Texas. Based on my responsibilities and duties for Phoenix, I have personal knowledge of the matters set forth herein, and could and would testify to them if called as a witness at a hearing or trial. I have never been arrested or convicted of any crimes.

2. I have worked with Phoenix since its founding in 2019.

3. Originally, I served as Manager and Vice President of Operations of Phoenix.

4.  I became an equity owner of Phoenix in April 2019, obtaining a 9.0% ownership in Phoenix.

5.  In April 2020, I was appointed Manager and Chief Operating Officer of Phoenix. Phoenix has never had a position titled Chief Executive Officer.

6.  In my roles as Manager, Vice President of Operations, and Chief Operating Officer, I have been the chief decision-making authority for Phoenix, have managed all business and affairs of Phoenix, and, at all times, have acted as its chief executive.

7.  Phoenix's executive leadership includes myself, Curtis Allen, Chief Financial Officer, Kristopher Woods, Chief Technology Officer, Sean Goodnight, Chief Acquisitions Officer, Justin Arn, Chief Land & Title Officer, and Matthew Willer, Vice President of Capital Markets. None of Phoenix's executives have ever been arrested, charged, or convicted of a felony, including any crimes of forgery or fraud.

8.  Since 2019, Phoenix has competed directly with Incline Energy Partners, L.P. ("Incline"). The two firms often bid for the same properties, mineral rights, and leaseholds in the Denver-Julesburg Basin.

9.  While Phoenix is a younger company than Incline, it often outbids and outperforms Incline. The competition between the two firms has led to friction.

10. Further, Incline and William Francis ("Francis") have a long history with Adam Ferrari ("Ferrari"). Incline and Francis have competed with Ferrari and his prior companies in the past.

11. During my time with Phoenix, Adam Ferrari has worked in a consultancy role. Mr. Ferrari advises on a wide variety of topics and issues pertaining to Phoenix's business. A copy of Mr. Ferrari's November 1, 2021 Consulting Agreement is attached as **Exhibit 1-A**.

**AFFIDAVIT OF LINDSEY BRIANNE WILSON** Page 2

12. Mr. Ferrari does not, and has never had, authority to act on behalf or bind Phoenix.

13. Mr. Ferrari is not, and has never been, an executive of Phoenix, especially its chief executive.

14. As a result of Phoenix's relationship with Ferrari, Incline and Francis have begun targeting Phoenix, by defaming and maligning it in the marketplace. On more than one occasion, Incline and Francis have told others that Ferrari is Phoenix's CEO and that Phoenix is violating laws and regulations by hiding Ferrari, all of which is false. In addition to the ongoing reputational harm that Phoenix has suffered, there are several specific instances that have occurred recently, as described below.

15. For instance, in May 2021, Phoenix was contacted by Sheila Krystal, a landowner who received one of Phoenix's offers on one of her mineral holdings. Ms. Krystal discussed Phoenix's offer with Sean Goodnight ("Goodnight"), Phoenix's Chief Acquisitions Officer. During the course of the discussions with Ms. Krystal and her niece, Crystal Taylor, Phoenix learned that Ms. Krystal wished to sell her mineral rights to Phoenix and not Incline, who had lured Ms. Krystal with a "lowball" offer.

16. As Ms. Krystal and Ms. Taylor tried to change the sale of the rights from Incline to Phoenix, Incline learned that Phoenix was close to securing the mineral rights. On June 17, 2021, William Francis emailed Ms. Taylor, at the email address she had used to communicate with Sean Goodnight, copying Adam Ferrari's Phoenix email address, wherein Francis and Incline made defamatory statements about Phoenix and falsely claimed that Phoenix's CEO was arrested and convicted of forgery. A true and accurate copy of the email is attached to Phoenix's Petition as Exhibit B. Phoenix was close to closing the transaction with Ms. Krystal and Ms. Taylor, but after

the email from Francis, Ms. Taylor had doubts about Phoenix and Incline ultimately purchased the mineral rights.

17. In another instance, Phoenix was in the process of closing a $50,000,000 credit facility with one of its lenders, First International Bank & Trust ("FIBT"), with whom Phoenix had previously done business. In May 2021, Phoenix learned that one of FIBT's executives received a "package" with materials discussing Ferrari. Phoenix was less than five days away from the closing deadline when FIBT informed Phoenix that it could not go forward with the transaction. Phoenix has not been able to replace the credit facility it lost as a result of the defamatory package that was sent to FIBT.

18. Phoenix planned on using the credit facility to purchase new assets. As a result of the derailing of the FIBT transaction, Phoenix immediately lost $50,000 in non-refundable fees that had been spent in connection with the planned transaction. Further, Phoenix lost access to $22,000,000 of incremental capital beginning in June 2022. The capital Phoenix would have had access to as a result of the credit facility would have resulted in excess revenues of millions of dollars per month. The total impact to Phoenix's business is in the tens of millions of dollars.

19. Phoenix has also learned of anonymous email accounts and websites, were created and are used to spread negative information regarding Phoenix and Ferrari. Based on the repeated harassment by Incline and Francis, we find it likely that the anonymous email accounts and websites are being used by Incline and Francis to further their interference with Phoenix's business.

AND, FURTHER, AFFIANT SAYETH NOT.

_____
LINDSEY BRIANNE WILSON

Subscribed, sworn to and acknowledged before me, the undersigned Notary Public, by Lindsey Brianne Wilson, this _____ day of August, 2022.

My commission expires _____.

_____
_____, Notary Public
Notary Registration No. _____

*See Attached*

Affidavit of Lindsey Brianne Wilson    EXHIBIT 1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26 day of September, 2022, by Lindsey Brianne Wilson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ALANA ROSE MONROE
Commission # 2330904
Notary Public - California
ORANGE County
My Comm. Expires JUL 25, 2024

(Seal)            Signature _____

# EXHIBIT 1-A

**PHOENIX CAPTIAL GROUP HOLDINGS, LLC**
**2601 Pacific Coast Highway, Floor 2**
**Hermosa Beach, CA 90254**
November 1, 2021

Adam Ferrari
12855 Runway Road Apt 1525
Playa Vista, CA 90094

**Re: Consulting Agreement**

Dear Adam:

Phoenix Capital Group Holdings, LLC dba Phoenix Capital Group ("Phoenix") would like to retain your services as a Petroleum Engineering Consultant. The terms of this engagement are defined below.

Responsibilities

- Provide engineering support to the executive team at Phoenix.
- Perform engineering and financial evaluations on mineral and leasehold acreage as requested by the executive team at Phoenix.
- Advise the executive team at Phoenix with respect to drilling and completions techniques being utilized by current partners of Phoenix.

Compensation

- In exchange for the services outlined above Phoenix will provide a consulting fee of $24,000 per month so long as services are being rendered.

By signing this consulting agreement, Phoenix and Adam Ferrari are affirming the fees payable to Adam Ferrari for services rendered to Phoenix. This contract can be terminated at any time and for any reason at the sole discretion of Phoenix and no notice period is required. This agreement will be affirmed by the manager of Lion of Judah Capital, LLC and the manager of Phoenix.

EXHIBIT 1-A

Sincerely,

**Phoenix Capital Group Holdings, LLC**

By: _____

Name: Lindsey Wilson
Title:   Manager


**Lion of Judah Capital, LLC**

By: Daniel Ferrari/cf, POA

Name: Daniel Ferrari
Title:   Manager


By: Charlene Ferrari

Name: Charlene Ferrari
Title:   Manager


Accepted by:

_____
Name: Adam Ferrari
Title:   Petroleum Engineering Consultant


Address for Notice Purposes:

12855 Runway Road Apt 1525
Playa Vista, CA 90094