# EXHIBIT A-11

CAUSE NO. DC-22-06350

| | | |
|---|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC, | § § § § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| WILLIAM FRANCIS and INCLINE ENERGY PARTNERS, L.P., | § § § | |
| *Defendants*. | § | 116TH JUDICIAL DISTRICT |

### AFFIDAVIT OF ADAM FERRARI

STATE OF CALIFORNIA § § to-wit:
COUNTY OF ORANGE §

BEFORE ME, the undersigned authority, on this day personally appeared ADAM FERRARI, the Affiant, a person who identity is known to me. After I administered an oath to Affiant, Affiant testified as follows:

1. "My name is Adam Ferrari. I am over 18 years of age, of sound mind, and capable of making this Affidavit. I am an advisor for Phoenix Capital Group Holdings, LLC ('**Phoenix**') where I provide consulting/advisory services to Phoenix. I also currently serve as Chief Executive Officer of Ferrari Energy Corporation ('**Ferrari Energy**'), a Colorado corporation which is a separate and distinct entity and business from Phoenix. I have personal knowledge of, among other things, the work I perform for Phoenix and Ferrari Energy, and the history of my interactions with William Francis ('**Francis**') and Incline Energy Partners, L.P. ('**Incline**') as they relate to the above-referenced action currently pending in the District Court for Dallas County, Texas. I have personal knowledge of the matters set forth herein, and could and would testify to them if called as a witness at a hearing or trial.

2. "I have worked in the oil and gas industry since 2005, after graduating magna cum laude from the University of Illinois with a Bachelor of Science in chemical engineering.

3. "Between 2005 and 2014, I worked for a variety of firms in the industry, beginning as a petroleum engineer with BP. Through this period, I gained significant expertise in the oil and gas industry.

A. **Ferrari Energy Corporation**

4. "In 2014, I started my own firm, Ferrari Energy, which focuses on acquiring and managing mineral and leasehold rights in properties in Colorado, Wyoming, Utah, and North Dakota. Ferrari Energy, remains open for business and continues to be in good standing with the Colorado Secretary of State.

B. **William Francis and Incline Energy Partners, L.P.**

5. "After I formed Ferrari Energy, I became familiar with Mr. Francis and Incline, which is owned and/or managed by Mr. Francis, because they competed directly with Ferrari Energy. As competitors in the oil and gas business, Ferrari Energy often competed directly with Incline for business, including among other things, to purchase mineral interests from mineral rights owners.

6. "Although Incline seemingly had more resources than Ferrari Energy, Ferrari Energy regularly outperformed Incline in circumstances where Ferrari Energy and Incline were directly competing against each other in the industry, such as circumstances where Ferrari Energy and Incline competed directly against each other to purchase mineral interests from mineral rights owners.

7. "At some point after Ferrari Energy began to successfully outperform and/or outcompete Mr. Francis and Incline in business related matters, Mr. Francis and Incline appeared

to take their losses to Ferrari Energy personally, and poorly, because beginning around late 2016, Mr. Francis and Incline began a campaign of personal attacks and/or interference against me and Ferrari Energy, contacting former employees of Ferrari Energy, trying to interfere in transactions, and doing everything in their power to interfere in Ferrari Energy's business. For example, Francis and his attorneys contacted former employees of Ferrari Energy and probed for information about me and my company. One employee, Adam Ferro, notified me after Francis's attorney contacted him seeking information about me and my company.

8. "Ferrari Energy's business competition with Mr. Francis and Incline, and Mr. Francis and Incline's campaign against me and Ferrari Energy, among other things, resulted in several years of litigation, both between Incline and Ferrari Energy directly, and between Ferrari Energy and one or more mineral rights owners with whom Ferrari Energy and Incline competed for business.

### C. Phoenix Capital Group Holdings, LLC

9. "Based on my education, training and experience in the oil and gas industry, I have gained specialized knowledge and expertise. To supplement my income from Ferrari Energy while utilizing my knowledge and expertise in the oil and gas industry, I began working with Phoenix in 2021 as a consultant. Prior to 2021, I advised Phoenix informally at the request of my parents, Daniel and Charlene Ferrari, who own Lion of Judah Capital, LLC, the majority owner of Phoenix.

10. "Phoenix, like Ferrari Energy, competes in many facets of business with Mr. Francis and Incline.

11. "My position and role at Phoenix, unlike my position and role at Ferrari Energy, is not in an executive capacity. Indeed, I have never served as an executive of Phoenix, including as

Phoenix's CEO or chief executive officer, and I have never managed Phoenix or had authority to bind or make decisions on behalf of Phoenix.

**D.     Mr. Francis and Incline's June 17, 2021 Email to Crystal Taylor.**

12.     "After I began providing consulting services for Phoenix, Mr. Francis and Incline continued their campaign of attacks against me, but their attacks were not only against me, they were also directed towards Phoenix. For instance, on June 17, 2021, I received an email from Mr. Francis and Incline, which sent from Mr. Francis' email address at Incline, william@inclinelp.com, to myself at my assigned email address at Phoenix, and to a person named Crystal Taylor at cat44771@yahoo.com, which said the following to Ms. Taylor:

> You citing Phoenix/Ferrari as the other offer/group that is telling you that we low balled you is all the information I need to know. We made your aunt aware of those permits when she had called us and not the other way around.
>
> I would love nothing more than to defend my company's track record versus the misdeeds that Phoenix/Ferrari has peformed over the years. Namely, the fact that their CEO was arrested and convicted for forging a mineral owners signature in order to defraud her of hundreds of thousands of dollars.
>
> https://www.denverpost.com/2019/02/19/denver-ceo-ferrari-oil-gas-weld-fraud-charges/ [denverpost.com]
> https://www.greeleytribune.com/2019/08/08/adam-ferrari-pleads-guilty-to-felony-theft-in-denver-district-court-receives-deferred-sentence/ [greeleytribune.com]
>
> Here's another link that details Sean Goodnight track record, who you're working with:
> https://www.greeleytribune.com/2019/02/24/weld-district-court-records-provide-insights-into-adam-ferraris-business-practices/ [greeleytribune.com]

"Below that email was an earlier email from Ms. Taylor to Mr. Francis and Incline, wherein Ms. Taylor referred to Incline's offer to purchase mineral interests as "low ball", and mentions that she received a substantially higher offer from Phoenix. On June 24, 2021, I forwarded the email to Phoenix's executive officers, Lindsey Wilson and Curtis Allen. A true and correct copy of Mr. Francis' June 17, 2021 email to me and Ms. Taylor, which was in reply to a June 17, 2021 email from Ms. Taylor to Mr. Francis, and which I forwarded to Ms. Wilson and Mr. Allen on June 24, 2021, is attached as **Exhibit 3-A** and incorporated herein by reference for all purposes.

**AFFIDAVIT OF ADAM FERRARI**                                  Page 4

13. "Before I received the above-referenced email from Mr. Francis, I had not had any communication with Ms. Taylor or any of her family members, and I had not had any involvement in valuing or offering to purchase any of her or her family's mineral interests.

14. "One or more of Mr. Francis' statements to Ms. Taylor in his above-referenced email (Ex. 3-A) are false. Among other false statements by Mr. Francis in his June 17, 2021 email to Ms. Taylor, Mr. Francis statement that Phoenix's "CEO was arrested and convicted for forging a mineral owners [sic] signature in order to defraud her of hundreds of thousands of dollars" is false. First, to my knowledge, Phoenix does not have a CEO. Second, although Mr. Francis suggests in his Motion to Dismiss, which I have reviewed, that I was Phoenix's CEO, I was not, and have never been the CEO of Phoenix. I have also never served as or held any executive position for Phoenix. Although I do not personally agree that all of Mr. Francis' statements of fact about me individually are truthful, accurate, and/or not misleading, there is no doubt that Mr. Francis' statements of fact about Phoenix are false and materially misleading.

**AFFIDAVIT OF ADAM FERRARI**          Page 5

AND, FURTHER, AFFIANT SAYETH NOT.

_____
ADAM FERRARI

Subscribed, sworn to and acknowledged before me, the undersigned Notary Public, by Adam Ferrari, this ___ day of September, 2022.

My commission expires _____.

_____
_____, Notary Public
Notary Registration No. _____

**AFFIDAVIT OF ADAM FERRARI**

Exhibit 3

Affidavit of Adam Ferrari

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26 day of September, 2022, by Adam Ferrari, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ALANA ROSE MONROE
Commission # 2330904
Notary Public - California
ORANGE County
My Comm. Expires JUL 25, 2024

(Seal)          Signature _____

# EXHIBIT 3-A



**From:** Adam Ferrari <AF@phxcapitalgroup.com>
**Date:** Thursday, June 24, 2021 at 9:18 AM
**To:** Curtis Allen <CA@phxcapitalgroup.com>, Lindsey Wilson <LW@phxcapitalgroup.com>
**Subject:** Fw: Krystal family oil holdings

**From:** William Francis <william@inclinelp.com>
**Sent:** Thursday, June 17, 2021 2:59 PM
**To:** Crystal Taylor <cat44771@yahoo.com>; Adam Ferrari <AF@phxcapitalgroup.com>
**Subject:** Re: Krystal family oil holdings

You citing Phoenix/Ferrari as the other offer/group that is telling you that we low balled you is all the information I need to know. We made your aunt aware of those permits when she had called us and not the other way around.

I would love nothing more than to defend my company's track record versus the misdeeds that Phoenix/Ferrari has peformed over the years. Namely, the fact that their CEO was arrested and convicted for forging a mineral owners signature in order to defraud her of hundreds of thousands of dollars.

https://www.denverpost.com/2019/02/19/denver-ceo-ferrari-oil-gas-weld-fraud-charges/ [denverpost.com]
https://www.greeleytribune.com/2019/08/08/adam-ferrari-pleads-guilty-to-felony-theft-in-denver-district-court-receives-deferred-sentence/ [greeleytribune.com]

Here's another link that details Sean Goodnight track record, who you're working with:
https://www.greeleytribune.com/2019/02/24/weld-district-court-records-provide-insights-into-adam-ferraris-business-practices/ [greeleytribune.com]

1

Regards,


**William Francis**
Managing Partner
Incline Energy Partners, LP
(214) 274-3800
https://inclinelp.com/ [inclinelp.com]


On Thu, Jun 17, 2021 at 3:59 PM Crystal Taylor <cat44771@yahoo.com> wrote:

> Hi again William,
>
> I have spent every spare minute these past days researching, calling, and investigating these mineral oil interests and the oil market in general.
>
> Your claim that Incline has acquired 3 times more business in the Williston Basin area than any other company in the past 3 years doesn't automatically equate to your company never giving low ball offers as you proposed in this last email. That could mean any number of things....you could be marketing more aggressively than your competitors, you could be buying up undervalued mineral deeds from lots of owners who have no idea what they're doing in the selling marketplace like the case with my aunt, etc. That's great that your business is growing so rapidly but your argument here about never giving low ball offers doesn't hold weight. I don't think negatively of you as a person, I'm just doing what is fair and right in this case based on personal as well as professional opinions and appraisals.
>
> In reference to the professional opinions we've received since my brother and I stepped in, they are all from reputable and highly experienced mineral oil brokers who know the market well. The first opinion/appraisal was from Brian Wolf Oil and Gas Properties, who has been in business since 1992 and has brokered over $1 billion in mineral oil transactions. The other professional opinions/appraisals have been from US Mineral Exchange, who have been in business for a decade, Vintage Oil and Gas, and Community Minerals, which has over 50 years in this business.
>
> They have all agreed that this was a low ball offer and I'll explain why. As I'm sure you are aware, 10-12 new drilling permits have been issued on and around the land in this particular contract with Incline (4.8 net mineral acres in 147N-96W sections 23 & 26). That greatly increases the value of these oil interests and these permits were issued before May 19th.
>
> We do very much appreciate your offer to make things right by honoring any other official offers during that time period. Sheila has been searching through her emails for other offers on this exact piece of land and she's getting confused again by all the numbers and details of dozens of mineral oil properties we own in several different states. She thinks she began putting our various properties up for sale in March or April of this year so there would be nothing before that time. But I do have an official offer in my inbox that she emailed to me back in May for the same exact property. They have the 4.8 net mineral acres divided up into sections 23 and 26, with an offer of $27,615.56 for 23 and $55,231.14 for 26. So the total offer for the same 4.8 net mineral acres was $82,846.70. They also wanted to buy other holdings we have in Dunn County, which is included in their offer but it's all separated out into distinct holdings and offers as you will see in the documents. She was in contact with them before May 19th but did not receive the official documentation until May 24th and then they sent finalized documents on May 31st and June 1st. My research and conversations with professionals in this field show that the price of oil fluctuated very little between May 19th and June 1st and absolutely does not account for the difference in offers....Incline at $45,000 and Phoenix at $82,846.70 for the same exact mineral oil holdings.
>
> I will forward you Phoenix's official offer in a separate email.
>
> Thank you for your consideration,
> Crystal

2