# EXHIBIT A-12



**FULLY REDACTED**