**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Adam Ferrari,  Plaintiff, v. William Francis,  Defendant. | Case No.: 1:25−cv−03127  Underlying Litigation: *Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas |

**DANIEL AND CHARLENE FERRARI'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

NOW COME, the Movants Daniel Ferrari and Charlene Ferrari, by their undersigned counsel, and respectfully move for an unopposed extension of time to file their Reply in Support of Their Motion to Quash Subpoenas and for Protective Order. In support thereof, Movants state as follows:

1. On March 24, 2025, Movants initiated this matter. (Doc. 1).

2. On March 26, 2025, this matter was referred to this Court. (Doc. 6).

3. On March 27, 2025, this Court set a deadline of April 16, 2025 for Respondent's opposition brief and of April 23, 2025 for Movant's Reply Brief. (Doc. 8).

4. On April 16, 2025, Respondent filed their opposition brief. (Doc. 14).

5. On April 17, 2025, this Court granted Respondent's Motion to Seal Certain Exhibits. (Doc. 15).

6. Movants received copies of said exhibits on April 17, 2025.

7. Easter is April 20, 2025. Movants' Counsel have travel plans due to the Easter Weekend. As a result, Movants request a seven (7) day extension of the existing deadline to file their Reply so that it is reset for April 30, 2025.

8. Movants' Counsel and Respondent's Counsel conferred on April 17, 2025.

9. Respondent does not oppose the seven (7) day extension sought in this motion.

WHEREFORE, Movants Daniel Ferrari and Charlene Ferrari. respectfully request that this Honorable Court grant their Unopposed Motion for Extension of Time to File a Reply until April 30, 2025.

DATED: April 17, 2025

                                                  Respectfully Submitted,
**DANIEL AND CHARLENE FERRARI.**
**Movants**,

/s/*Ross M. Good*
One of Movants' Attorneys

Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
direct: (847) 600-9576
ross@thegoodlawgroup.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: April 17, 2025                                                  Respectfully Submitted,
                                                                                           /s/*Ross M. Good*

Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
direct: (847) 600-9576
ross@thegoodlawgroup.com