## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Ferrari

                    Plaintiff,

v.                                       Case No.: 1:25−cv−03127

                                       Honorable Lindsay C. Jenkins

William Francis

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court grants petitioners' unopposed motion [16] for a 7−day extension of time to file their reply in support of their motion to quash and for protective order [1]. Petitioners' reply due 04/30/2025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.