IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daniel Ferrari and Charlene Ferrari,<br><br>    *Petitioners*,<br><br>v.<br><br>William Francis,<br><br>    *Respondent*. | Case No.: 1:25-cv-03127<br><br><u>Underlying Litigation</u>:<br>*Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas |

**JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF UNDERLYING ACTION**

  PLEASE TAKE NOTICE that, on May 8, 2025, the Plaintiff and Defendant in the underlying action, *Ferrari v. Francis*, Case No. 3:23-cv-00455-S, in the United States District Court for the Northern District of Texas, filed a Stipulation of Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing the underlying case with prejudice [No. 3:23-cv-00455-S, Dkt. 145.].

  ACCORDINGLY, the Parties to this action, Petitioners Daniel Ferrari and Charlene Ferrari and Respondent William Francis, agree and request that Petitioners' Motion to Quash Subpoenas and for Protective Order [Dkt. 1] be denied as moot.

Dated: May 9, 2025

             /s/Ross M. Good
             *Ross M. Good*
             THE GOOD LAW GROUP
             800 E Northwest Hwy
             Suite 814
             Palatine, IL 60074
             847-600-9576
             Email: ross@thegoodlawgroup.com

             *Attorney for Petitioners Daniel Ferrari*
             *and Charlene Ferrari*

By: /s/ Cortney C. Thomas
Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
Charlene C. Koonce
  Texas Bar No. 11672850
  charlene@brownfoxlaw.com
Andrew C. Debter
  Texas Bar No. 24133954
  andrew@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Respondent William Francis*

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the Joint Notice of Dismissal with Prejudice was served on the below counsel on May 9, 2025 via the Court's electronic filing system.

Charlene Cantrell Koonce
Paulette Miniter
Cort Thomas
Andrew Debter
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
214-327-5000
214-327-5001 (fax)
Email: charlene@brownfoxlaw.com
Email: paulette@brownfoxlaw.com
Email: cort@brownfoxlaw.com
Email: andrew@brownfoxlaw.com

*Attorneys for William Francis*

Dated: May 9, 2025                     ___/s/Ross M. Good_____
                                       *Ross M. Good*