# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Ferrari
                    Plaintiff,

v.                                   Case No.: 1:25−cv−03127
                                                Honorable Lindsay C. Jenkins

William Francis
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2025:

      MINUTE entry before the Honorable Heather K. McShain: In light of the parties' voluntary dismissal [19], the Court denies the motion to quash and for a protective order [1] as moot. All matters related to the referral completed, the referral is closed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.